

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00435-CV

**AUGLLE, L.L.C**., Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The Court has considered appellants' unopposed motion to access the sealed documents
in the clerk's record and has determined that the motion should be GRANTED. We order that
appellants shall have access to all of the sealed documents in the clerk's record on file in this
court and to any subsequently filed sealed documents, if any, supplemented to the Clerk's
Record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court